| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle, Suite 100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐  *Debtor(s) appearing without an attorney*<br>☑  *Attorney for Debtor(s)* | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Maximo Arturo Arriola | CASE NO.:  6:22-bk-13643-SY |
|---|---|
| | CHAPTER:  Chapter 13 |
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION<br>DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

☑  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/12/2022      Maximo Arturo Arriola      [signature]
Printed name of Debtor 1       Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.  ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____      _____      _____
Printed name of Debtor 2       Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*

F 1002-1.EMP.INCOME.DEC



# Department of Public Social Services

Administrative Office:  4060 County Circle Drive, Riverside, CA. 92503
(909) 358-3000    FAX : (909) 358-3036

**Susan Loew, Director**

DATE : 9/19/2022

RE:  Income Verification

Maximo A Arriola
4199 9th ST
RIVERSIDE, CA 92501                        Tax ID: XXX-XX-9557

To whom it may concern,

As requested, I have compiled the following information relative to above named person's financial relationship to this department. **Maximo A Arriola** is listed in our records as an independent contractor. **Maximo A Arriola** receives a 1099 each year for the income received from this department.

Although our agreement is not contractual and generally can be terminated within 10 calendar days, our payment records establish the following monthly income received by **Maximo A Arriola** from this department as an independent contractor.

| MONTH OF SERVICE | ISSUED DATE | PAYMENT AMOUNT |
|---|---|---|
| 01/2022 | 02/07/2022 | 2,029.28 |
| 02/2022 | 03/29/2022 | 1,932.64 |
| 03/2022 | 04/11/2022 | 2,222.52 |
| 04/2022 | 05/26/2022 | 2,029.28 |
| 05/2022 | 06/23/2022 | 2,125.92 |
| 06/2022 | 07/27/2022 | 2,125.92 |
| 07/2022 | 08/24/2022 | 2,029.28 |
| | | |
| **TOTAL** | | **$14,494.84** |

Please contact me if you have any questions about this data.

Sincerely,

Elias Camara