*Nexus Bankruptcy*
Benjamin Heston (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MAXIMO ARTURO ARRIOLA,<br><br>Debtor. | Case No: 6:22-bk-13643-SY<br><br>Chapter 13<br><br>**DECLARATION OF EDUARDO ARRIOLA REGARDING CONTRIBUTIONS TO CHAPTER 13 PLAN** |

1. I, Eduardo A. Arriola, unconditionally promise that I will voluntarily contribute **my CalWORKs Cash Aid of $800 and CalFresh benefits of $800 and at least $725 of my self-employment income each month or more if necessary for the successful completion of the Chapter 13 Plan** to the above-named Debtor to assist in paying household expenses and in making payments under the Chapter 13 Plan. I promise that I will continue to make this contribution for the entire term of the Plan, which may be up to 5 years. <u>I agree that I will be bound by the terms of this agreement, regardless of any change in my relationship to the Debtor.</u>

2. My relationship with the Debtor is: **He is my brother**.

3. I reside with the Debtor and have resided with the Debtor for **more than 4 years**; ~~or~~

    ~~I do not reside with Debtor.~~

4. ~~If you do not reside with Debtor:~~

    a. ~~What city do you live in?~~

  b. ~~How many people reside with you in your household?~~

  c. ~~Of those who reside in the household, how many are dependent on your income?~~

  d. ~~Do any other members of the household have income?~~

  e. ~~If yes, what is the approximate gross monthly income of all~~ ~~other~~ ~~household members' combined (excluding your income)?~~

5. My motivation for making this contribution is (*explain in detail why you are making this contribution. Attach additional sheets if necessary. Note that merely residing with the Debtor, without more, may be insufficient to demonstrate your commitment to making the contribution*): **My 4 kids and I live with my brother, and we absolutely need this house for our support and family stability. Failure of this case would most likely result in our home being foreclosed on, incurring a substantial amount of rental and moving costs, and having to move my kids to new schools which could be traumatic for them.**

6. **I have contributed to the household and to my brother's prior Chapter 13 Plan continuously for the past 4 years in amounts that vary month-to-month**.

7. If the amount or duration of your contribution to the Debtor has not been continuous, explain the history of contributions, giving specific details about amounts, dates, and the nature of the contributions. (*attach additional sheets if necessary*):
**I have been making contributions of varying amounts based upon my brother's and the household's needs.**

8. I certify to the Court that I have the financial ability to both make this contribution and to continue to pay my own separate monthly expenses and liabilities during the term of the Plan (up to 5 years). I have attached a statement of all of my sources of income and a statement of my monthly expenses and those of my household, both projected for the next 5 years. I have not

included any of the debtor's expenses. (*It is recommended that you use the Court's Schedules I and J for listing your income and expenses. If you reside with the Debtor, list only your separate expenses. If you do not reside with the Debtor, list all household income and expenses*).

9. I have attached evidence of all sources of my income for at least the 6 month period immediately prior to the date I am signing this declaration. (*As evidence of income, you can attach 6 months of paystubs, and/or redacted bank statements if you receive Social Security or other benefit payments. If you are self-employed, you may attach a redacted copy of your most recent year's federal tax return and a copy of the Chapter 13 Trustee's business report, a profit and loss statement, and 6 months of bank statements.*) **I will be refiling this declaration at a later point once I have gathered this evidence.**

Explanation of income (*if necessary*):

10. I am not aware of any factors that might increase my expenses or reduce my income over the next 5 years, except: **None.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed and dated this 12th day of October, 2022, at Riverside, California

_____
EDUARDO ARRIOLA

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF EDUARDO ARRIOLA REGARDING CONTRIBUTIONS TO CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 12, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson (TR)**     notice-efile@rodan13.com
**Nichole Glowin**     bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
**Valerie Smith**     claims@recoverycorp.com
**United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 12, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Scott H. Yun**
**3420 Twelfth Street**
**Suite 345 / Courtroom 302**
**Riverside, CA 92501**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/12/2022 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**