*Nexus Bankruptcy*
Benjamin Heston (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MAXIMO ARTURO ARRIOLA,<br><br>Debtor. | Case No: 6:22-bk-13643-SY<br><br>**Chapter 13**<br><br>**SUPPLEMENTAL PROOF OF SERVICE OF MOTION TO CONTINUE THE AUTOMATIC STAY**<br><br>**Hearing:**<br>Date: October 26, 2022<br>Time: 9:30 am<br>Courtroom: 302 |

I, Benjamin Heston, declare as follows:

1. I am the attorney for the Debtor in this bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. On October 12, 2022, I served all creditors with the Motion to Continue Stay in the manner stated on the Proof of Service attached to the Motion. Pursuant to Federal Rule of Bankruptcy Procedure 7004, I served the following entities via certified mail:
C T CORPORATION SYSTEM
AGENT FOR SERVICE OF PROCESS FOR
LOANCARE, LLC
330 NORTH BRAND BLVD, SUITE 700
GLENDALE CA 91203
**Tracking Number: 7022 2410 0000 2189 0374**

      CSC - LAWYERS INCORPORATING SERVICE
AGENT FOR SERVICE OF PROCESS FOR
LAKEVIEW LOAN SERVICING
2710 GATEWAY OAKS DRIVE, SUITE 150N
SACRAMENTO CA 95833
**Tracking number: 7022 2410 0000 2189 0398**

CALIFORNIA HOUSING FINANCE AGENCY
500 CAPITAL MALL, SUITE 1400
SACRAMENTO CA 95814
**Tracking number: 7022 2410 0000 2189 0381**

3. On October 18, 2022, I looked up these tracking numbers with the United States Postal Service (USPS) and confirmed that service was completed. Attached hereto as Exhibit A are the confirmation pages obtained from USPS.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: October 18, 2022

                                                                                Benjamin Heston

# EXHIBIT A

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70222410000021890374

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 7:48 am on October 18, 2022 in GLENDALE, CA 91209.

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
GLENDALE, CA 91209
October 18, 2022, 7:48 am

See All Tracking History

Feedback

---

Text & Email Updates          ⌄

---

USPS Tracking Plus®          ⌄

---

Product Information          ⌄

See Less ⌃

**Track Another Package**

[Enter tracking or barcode numbers]

# USPS Tracking®

FAQs >

**Tracking Number:**

# 70222410000021890381

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:15 am on October 17, 2022 in SACRAMENTO, CA 95814.

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

SACRAMENTO, CA 95814
October 17, 2022, 11:15 am

See All Tracking History

Feedback

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70222410000021890398

Copy            Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 11:58 am on October 17, 2022 in SACRAMENTO, CA 95813.

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

SACRAMENTO, CA 95813
October 17, 2022, 11:58 am

See All Tracking History

Feedback

---

Text & Email Updates                                                                                    ⌄

---

USPS Tracking Plus®                                                                                     ⌄

---

Product Information                                                                                     ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers                                                                    ]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL PROOF OF SERVICE OF MOTION TO CONTINUE THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 18, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Nichole Glowin    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Valerie Smith    claims@recoverycorp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 18, 2022 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/18/2022 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**