# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, October 26, 2022**  **Hearing Room 302**

**9:30 AM**

**6:22-13643**  Maximo Arturo Arriola  **Chapter 13**

**#6.00**  Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

*[handwritten: Benjamin Heston for debtor]*

**ST**

Docket  21

**Matter Notes:**

GRANTED: ✓    DENIED: ___

APO: ___

CONT'D. TO: ___

WITHDRAWN: ___

ORDER LODGED BY: *B. Heston*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

### Party Information

**Debtor(s):**

Maximo Arturo Arriola    Represented By
                          Benjamin Heston

**Movant(s):**

Maximo Arturo Arriola    Represented By
                          Benjamin Heston