United States Bankruptcy Court

Central District of California

In re:  
Maximo Arturo Arriola  
    Debtor

Case No. 22-13643-SY  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maximo Arturo Arriola, 4199 9th Street, Riverside, CA 92501-3101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Maximo Arturo Arriola bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Nichole Glowin | on behalf of Creditor Lakeview Loan Servicing LLC bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Benjamin Heston (297798)<br>Nexus Bankruptcy<br>100 Bayview Circle, Suite 100<br>Newport Beach, CA 92660<br>Telephone: 951-290-2827<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>OCT 27 2022<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Mason    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>MAXIMO ARTURO ARRIOLA,<br><br><br><br><br><br><br>Debtor(s). | CASE NO: 6:22-bk-13643-SY<br>CHAPTER: 13 |
|---|---|
| | **ORDER** ☒ **GRANTING**  ☐ **DENYING**<br>**MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** |
| | ☐ No hearing held<br>☒ Hearing held<br>DATE: October 26, 2022<br>TIME: 9:30 AM<br>COURTROOM: 302<br>ADDRESS: 3420 Twelfth Street, Riverside, CA 92501 |

**Movant:** Maximo Arturo Arriola

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

      *Vehicle identification number:*
      *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*
    *Location (if known):*

☒ Other personal property *(describe type, identifying information, and location)*:

    All property in which Debtor has an interest.

☒ Real property:

    *Street Address:*     4199 Ninth Street
    *Unit Number:*
    *City, State, Zip Code:* Riverside, CA 92501

Legal description or document recording number *(including county of recording)*:

**LEGAL DESCRIPTION:**
The land hereinafter referred to is situated in the City of Riverside, County of Riverside, State of CA, and is described as follows:
That portion of Block 8, Range 11, in the City of Riverside, County of Riverside, State of California, as shown by map on file in Book 7, Page 17 of Maps, records of San Bernardino County, California, described as follows:
Commencing at the Southwesterly corner of said Block; thence Easterly along the Northerly line of Ninth Street, 80 feet; thence at right angles Northerly and parallel with the Easterly line of Locust Street, 55 feet; thence at right angles Westerly and parallel with the Northerly line of Ninth Street, 80 feet to the Easterly line of Locust Street; thence Southerly on the Easterly line of Locust Street, 55 feet to the point of beginning.

☐ See attached page.

3. The Motion is granted on the grounds that:
    a. ☒ This case was filed in good faith.
    b. ☒ The Property is of consequential value or benefit to the estate.
    c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
    d. ☒ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
    a. ☐ Imposed *as to all creditors* until further order of the court.
    b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
    c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
    d. ☒ Continued *as to all creditors* until further order of the court.
    e. ☒ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
    f. ☒ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*      Page 2      **F 4001-1.IMPOSE.STAY.ORDER**

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

7. ☐ The Motion is denied:    ☐ without prejudice    ☐ with prejudice    ☐ on the following grounds:
   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☐ Lack of good cause shown
   e. ☐ Other (*specify*):

### 

Date: October 27, 2022

Scott H. Yun
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                           Page 3                                    F 4001-1.IMPOSE.STAY.ORDER