**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

---

**Tuesday, December 6, 2022**                                   Hearing Room    **302**

**1:30 PM**
**6:22-13643**    Maximo Arturo Arriola                                   **Chapter 13**

Telephonic Hearing

#16.00    Confirmation of Chapter 13 Plan

Susan Luong to appear by telephone (951)826-8038
Benjamin Heston to appear by telephone (951)290-2827  *debtor*

Docket    17

**Matter Notes:**

**Consent Calendar**

( ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued** to __1-31-23__ at 1:30 p.m.

341(a) _____ at 9:00 a.m.

( ) **Objection** to plan:    ( ) Withdrawn    ( ) Sustained    ( ) Overruled

( ) **Case Dismissed**

( ) without prejudice    ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

**Party Information**

---