**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

Tuesday, January 31, 2023 — Hearing Room 302

<u>1:30 PM</u>
**6:22-13643**   Maximo Arturo Arriola — Chapter 13

Telephonic Hearing

#19.00   CONT'D Confirmation of Chapter 13 Plan

FR. 12/6/22

Susan Luong to appear by telephone (951)826-8038 — *delete*
Benjamin Heston to appear by telephone (951)290-2827 — *delete*

Docket   17

**Matter Notes:**

**Consent Calendar**

(  ) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued** to  2-28-23  at 1:30 p.m.

341(a) _____ at 9:00 a.m.

(  ) **Objection** to plan:   (  ) Withdrawn   (  ) Sustained   (  ) Overruled

(  ) **Case Dismissed**

(  ) without prejudice   (  ) Under § 109(g)

(  ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

**Party Information**