**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

---

**Tuesday, February 28, 2023**                                      **Hearing Room**      **302**

---

1:30 PM
6:22-13643   **Maximo Arturo Arriola**                                               **Chapter 13**

Telephonic Hearing

#15.00   CONT'D Confirmation of Chapter 13 Plan

**FR. 12/6/22; 1/31/23**

**Susan Luong to appear by telephone (951)826-8038**
**Benjamin Heston to appear by telephone (951)290-2827** *Debtors*
*In court*

Docket      17

**Matter Notes:**

**Consent Calendar**_____

(   ) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued** to ___3 - 28 - 23___ at 1:30 p.m.

**341(a)** _____ at 9:00 a.m.

(   ) **Objection** to plan:   (   ) Withdrawn      (   ) Sustained      (   ) Overruled

(   ) **Case Dismissed**

(   ) without prejudice      (   ) Under § 109(g)

(   ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**

- NONE LISTED -

**Party Information**