# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, March 28, 2023**                                                                 **Hearing Room 302**

<u>1:30 PM</u>
**6:22-13643**    Maximo Arturo Arriola                                                     **Chapter 13**

Telephonic Hearing

#15.00    CONT'D Confirmation of Chapter 13 Plan

FR. 12/6/22; 1/31/23; 2/28/23

**Susan Luong to appear by telephone (951)826-8038**
**Benjamin Heston to appear by telephone (951)290-2827**  *Debtor*

Docket    17

**Matter Notes:**

        **Consent Calendar**_____

( ✓ )  **Confirmed** per trustee's recommendation  - Plan provisions: % to pay __64__

        Duration __60__

        Payment $ 1,722 (1-5)          *Conduit begin*
                  $4,162 (6-60)       *5/23*

( )  **Continued** to _____ at 1:30 p.m.

    **341(a)** _____ at 9:00 a.m.

( )  **Objection** to plan:    ( ) Withdrawn    ( ) Sustained    ( ) Overruled

( )  **Case Dismissed**

    ( ) without prejudice    ( ) Under § 109(g)

    ( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

**Party Information**