# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Wednesday, March 29, 2023**                                                                 **Hearing Room  302**

<u>9:30 AM</u>
**6:22-13643**    Maximo Arturo Arriola                                                        **Chapter 13**

Telephonic Hearing

#5.00    Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4199 9th Street, Riverside, CA 92501

**Nichole L Glowin to appear by telephone (714)848-7920 ext. 3921** ✓ Movant
**Benjamin Heston to appear by telephone (951)290-2827** ✓ debtor

Docket    39

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO:  _5-17-23 @ 9:30am_

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

~~GRANT relief from the automatic stay under § 362(d)(1).~~

GRANT termination of the codebtor stay.

GRANT waiver of FRBP 4001(a)(3) stay.

APPEARANCES WAIVED. No opposition has been timely filed. If written or oral opposition is presented at the hearing, the hearing may be continued. Movant to lodge an order within 7 days.

**Party Information**