United States Bankruptcy Court

Central District of California

In re:                                                                                                              Case No. 22-13643-SY

Maximo Arturo Arriola                                                                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                    User: admin                                  Page 1 of 2

Date Rcvd: Apr 13, 2023                        Form ID: ntc13pln                          Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maximo Arturo Arriola, 4199 9th Street, Riverside, CA 92501-3101 |
| cr | + | Lakeview Loan Servicing, LLC, ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606-3401 |
| cr | + | Lakeview Loan Servicing, LLC, ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606, UNITED STATES 92606-3401 |
| 41298906 | | California Housing Finance Agency, 500 Capitol Mall Ste 1400 MS 350, Sacramento, CA 95814-4740 |
| 41399429 | + | California Housing Finance Agency, 500 Capitol Mall Ste 1400 MS 955, Sacramento CA 95814-4740 |
| 41298909 | | Portfolio Recovery Associates, P.O. Box 14067, Norfolk, VA 23518-0067 |
| 41298911 | + | ZBS Law, 30 Corporate Park, Suite 450, Irvine, CA 92606-3401 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Apr 14 2023 00:37:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 14 2023 00:38:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41298907 | | Email/Text: RASEBN@raslg.com | Apr 14 2023 00:37:00 | Chase Bank, c/o Robertson, Anschutz, & Schneid, 6409 Congress Ave Ste 100, Boca Raton, FL 33487-2853 |
| 41298908 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 14 2023 00:37:00 | Lakeview Loan Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 41371968 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 14 2023 00:37:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 41334576 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 00:36:47 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 41319465 | | Email/Text: bnc-quantum@quantum3group.com | Apr 14 2023 00:37:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41362509 | | Email/PDF: ebn_ais@aisinfo.com | Apr 14 2023 00:36:49 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 41298910 | | Email/PDF: ebn_ais@aisinfo.com | Apr 14 2023 00:36:35 | Verizon / American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Apr 13, 2023 | Form ID: ntc13pln | Total Noticed: 16

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Maximo Arturo Arriola bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Nichole Glowin | on behalf of Creditor Lakeview Loan Servicing  LLC bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 5

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Maximo Arturo Arriola
**SSN:** xxx−xx−9557
**EIN:** N/A

4199 9th Street
Riverside, CA 92501

**BANKRUPTCY NO.** 6:22−bk−13643−SY
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: April 13, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**47 / AUTU**