# U N I T E D   S T A T E S   B A N K R U P T C Y   C O U R T
## CENTRAL DISTRICT OF CALIFORNIA

---

## NOTICE OF INTENT TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO
PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE: MAXIMO ARTURO ARRIOLA
      4199 9TH STREET
      RIVERSIDE, CA 92501

IN THE MATTER OF:
MAXIMO ARTURO ARRIOLA
4199 9TH STREET
RIVERSIDE, CA  92501

DATE: 04/24/2023
Case No. 6:22-bk-13643-SY

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CREDITOR CLASS | TEE CLM# |
|---|---|---|---|---|---|---|
| 06 | CA HOUSING FINANCE A | PAID OUTSIDE | PAID OUTSIDE | 7663 | SECURED | 1 |
| 05 | CALIFORNIA HOUSING F | PAID OUTSIDE | PAID OUTSIDE | 7664 | SECURED | 2 |
| 04 | LAKEVIEW LOAN SERVIC | $92,563.00 | $92,667.76 | 5055 | MORTGAGE ARREARS | 3 |
| 01 | QUANTUM3 GROUP LLC | NOT SCHEDULED | $1,643.92 | 5052 | UNSECURED | 4 |
| 02 | PINNACLE SERVICE SOL | NOT SCHEDULED | $485.19 | 5204 | UNSECURED | 5 |
| 03 | VERIZON | NOT SCHEDULED | $661.66 | 0001 | UNSECURED | 6 |
|  | LAKEVIEW LOAN SERVIC | CONDUIT | CONDUIT | 5055 | SECURED ON-GOING | 7 |
|  | TOTAL: | $92,563.00 | $95,458.53 |  |  |  |

ABOVE "TOTALS" DO NOT INCLUDE "SURRENDERED" OR "PAID OUTSIDE" CLAIMS. IF YOU BELIEVE
YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL
YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND
SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS
UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID
OUTSIDE" OR "NOTICE ONLY."

_Rod Oal_
Rod Danielson, Chapter 13 Trustee

## DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years,
and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of
that employment I am qualified to identify and interpret the records and documents
typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:   04/24/2023

SHAMEKA CHAMBERS
Type or Print Name

_Shameka Chambers_
SHAMEKA CHAMBERS

## NOTICE OF INTENT TO PAY CLAIMS - Continued

### 6:22-bk-13643-SY

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

MAXIMO ARTURO ARRIOLA
4199 9TH STREET
RIVERSIDE, CA  92501

NEXUS BANKRUPTCY
100 BAYVIEW CIRCLE, STE 100
NEWPORT BEACH, CA  92660

Executed on 04/24/2023 at Riverside, California.

SHAMEKA CHAMBERS
_____
Type or Print Name

_____
Shameka Chambers