**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:22-bk-13643-SY |
| MAXIMO ARTURO ARRIOLA, | Chapter 13 |
| Debtor. | **NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING** |
| | Hearing |
| | Date: June 6, 2023 |
| | Time: 1:30 p.m. |
| | Courtroom 302 |

TO ROD DANIELSON, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Debtor, Maximo Arturo Arriola, hereby opposes the Trustee's Motion for Order Dismissing Chapter 13 Proceeding on the grounds that he will cure the payment delinquency prior to the hearing on this Motion or he will move to modify his plan.

Parties are hereby notified that a hearing on the Trustee's Motion for Order Dismissing Chapter 13 Proceeding will be held on June 6, 2023, at 1:30 p.m. in Courtroom 302 of the United States Bankruptcy Court - Riverside Division, located at 3420 Twelfth Street, Riverside, California 92501.

Date: May 16, 2023

**NEXUS BANKRUPTCY**

_____
BENJAMIN HESTON
Attorney for Debtor

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/16/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Nichole Glowin    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/16/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/16/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**California Housing Finance Agency**
500 Capitol Mall Ste 1400 MS 350
Sacramento, CA 95814-4740

**California Housing Finance Agency**
500 Capitol Mall Ste 1400 MS 955
Sacramento CA 95814

**Chase Bank**
c/o Robertson, Anschutz, & Schneid
6409 Congress Ave Ste 100
Boca Raton, FL 33487-2853

**Lakeview Loan Servicing**
3637 Sentara Way
Virginia Beach, VA 23452

**Lakeview Loan Servicing, LLC**
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

**Pinnacle Service Solutions LLC**
4408 Milestrip Rd #247
Blasdell, NY 14219-4408

**Portfolio Recovery Associates**
P.O. Box 14067
Norfolk, VA 23518-0067

**Quantum3 Group LLC as agent for**
Katapult Group LLC
PO Box 788
Kirkland, WA 98083-0788

**Verizon**
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

**Verizon / American InfoSource**
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**ZBS Law**
30 Corporate Park, Suite 450 Irvine,
CA 92606