# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, May 17, 2023**             **Hearing Room**   **302**

**9:30 AM**
**6:22-13643**     Maximo Arturo Arriola                         **Chapter 13**

Telephonic Hearing

**#3.00**    CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4199 9th Street, Riverside, CA 92501

FR. 3/29/23

Nichole L Glowin to appear by telephone (714)848-7920 ext. 392 *Movant*
Benjamin Heston to appear by telephone (951)290-2827 *Debtor*

Docket    39

**Matter Notes:**

GRANTED: _____      DENIED: _____

APO: _____

CONT'D. TO:    *6-14-23 @ 9:30am*

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Maximo Arturo Arriola           Represented By
                                             Benjamin Heston