# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, May 23, 2023**      Hearing Room   302

**1:30 PM**
**6:22-13643**  Maximo Arturo Arriola     Chapter 13

Telephonic Hearing

**#29.00**  Trustee's Motion to Dismiss Case
**(Delinquency)**

Susan Luong to appear by telephone (951)826-8038
Benjamin Heston to appear by telephone (951)290-2827  *Delete*

Docket    51

**Matter Notes:**

GRANTED: _____   DENIED: _____

CONT'D. TO: _7-11-23 @ 1:30pm_

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

WITHDRAWN: _____

Order Lodged by: _____

**Tentative Ruling:**
- NONE LISTED -

### Party Information

**Debtor(s):**

Maximo Arturo Arriola     Represented By
       Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)     Pro Se