# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, July 11, 2023**     **Hearing Room 302**

**1:30 PM**

**6:22-13643**     Maximo Arturo Arriola     **Chapter 13**

*Telephonic Hearing*

**#26.00**     CONT'D Trustee's Motion to Dismiss Case (Delinquency)

FR. 5/23/23

Susan Luong to appear by telephone (951)826-8038
Benjamin R Heston to appear by telephone (951)290-2827 — *Delities*

Docket     51

**Matter Notes:**

GRANTED: _____  DENIED: _____

CONT'D. TO: 8-15-23 @ 1:30pm

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

WITHDRAWN: _____

Order Lodged by: _____

**Tentative Ruling:**
- NONE LISTED -

### Party Information

**Debtor(s):**

Maximo Arturo Arriola     Represented By
           Benjamin Heston