| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br>[X]<br>   Chapter 13 Trustee | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | **Chapter: 13**<br><br>Case Number: **6:22-bk-13643-SY** |
| In re:   **MAXIMO ARTURO ARRIOLA**<br><br><br><br>Debtor(s) | **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO MODIFY/SUSPEND PLAN PAYMENTS** |

The undersigned Chapter 13 Trustee, having reviewed the Motion to Modify/Suspend Plan Payments (the "Application") filed: **7/11/2023** as docket entry number **63** provides the following response to the Application:

SUMMARY OF REQUESTED RELIEF:  Debtor is proposing to reduce the plan payment to $2,400 from April 2023 to July 2023, increase the plan payment to $4,485 from August 2023 to the end of the plan term, due to his contributor's decrease in income.  There is no change to the percentage proposed.

[X]  DISAPPROVAL:

TRUSTEE'S RECOMMENDATION: Debtor fails to attach any evidence of the decrease in the contributor's income nor was Schedule I and J filed to show the Debtor's current budget.  Additionally, the motion was not served on all creditors.  The Trustee respectfully requests that the Court deny this motion.  If the Debtor files a supplemental declaration with evidence of the decrease and the current budget, then the Trustee will be amenable to recommending approval of the motion, as long as the evidence is sufficient.

Dated: 7/20/2023

_____
Rod Danielson, Chapter 13 Trustee

| In re: **MAXIMO ARTURO ARRIOLA** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:22-bk-13643-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO MODIFY/SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **07/20/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**BEN@NEXUSBK.COM**

☐ Service Information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **07/20/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a

Debtor
MAXIMO ARTURO ARRIOLA
4199 9TH STREET
RIVERSIDE, CA 92501

☐ Service Information continued on attached pag

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **07/20/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge

HONORABLE SCOTT H. YUN
3420 TWELFTH STREET,
COURTROOM 302
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pag

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:126 - SJL
June 2012

F 9013-3.1.PROOF.SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

| 07/20/2023 | Susan Jones | *Susan Jones* (signature) |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:126 - SJL
June 2012

**F 9013-3.1.PROOF.SERVICE**