# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Tuesday, August 15, 2023**                   **Hearing Room**    **302**

---

<u>1:30 PM</u>
**6:22-13643**     **Maximo Arturo Arriola**                                          **Chapter 13**

                            Telephonic Hearing

**#35.00**    CONT'D Trustee's Motion to Dismiss Case
               **(Delinquency)**

               FR. 5/23/23; 7/11/23

               **Susan Luong to appear by telephone (951)826-8038**
               **Benjamin R Heston to appear by telephone (951)290-2827** — *Debtor*

                             Docket       51

**Matter Notes:** ✓

     **GRANTED:** ✓ _____        **DENIED:** _____

     **CONT'D. TO:** _____

        **Briefing filed:** _____

        **Opposition filed:** _____

        **Reply filed:** _____

     **WITHDRAWN:** _____

        **Order Lodged by:** _____

**Tentative Ruling:**
     - NONE LISTED -

---
                                         **Party Information**

**Debtor(s):**

     Maximo Arturo Arriola                       Represented By
                                                 Benjamin Heston

---